UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION


MARCUS VOTRUBA,                              )
                                            )
                        Plaintiff,          )
                                            )
            -v-                             )
                                            )        C.A. NO.  6:16-CV-02784-MGL
LIBERTY LIFE ASSURANCE COMPANY              )
OF BOSTON,                                  )
                                            )
                        Defendant.          )
_____     )


**ORDER**

This matter is before the Court on the Parties' Joint Motion to Amend the Specialized

ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and

for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1.   The Parties' motion is **GRANTED**.

2.   The ECMO is hereby amended, as follows:

      a.   Mediation:                   February 27, 2017

      b.   Cross Motions For Judgment:   March 31, 2017

      c.   Replies:                      April 7, 2017

**IT IS SO ORDERED**.

s/Mary Geiger Lewis
_____
Hon. Mary Geiger Lewis
United States District Judge

December 28, 2016