UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| MARCUS VOTRUBA, | ) |
| Plaintiff, | ) |
| -v- | ) C.A. NO. 6:16-CV-02784-MGL |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Amend the Specialized ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' motion is **GRANTED**.

2. The ECMO is hereby amended, as follows:

    a. Mediation:                         April 11, 2017

    b. Cross Motions For Judgment:        May 15, 2017

    c. Replies:                           May 22, 2017

**IT IS SO ORDERED**.

                         s/Mary Geiger Lewis
                         Hon. Mary Geiger Lewis
                         United States District Judge

February 28, 2017
Columbia, South Carolina